AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE GARY, ET AL. | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 08-1002 |
| NEW ENGLAND PATRIOTS | |

TO: New England Patriots
Limited Partnership
Serve: Corporation Service Company
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Young
915 St. Louis Street
New Orleans, LA 70112
(504) 581-2200

an answer to the amended complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                          DATE

(BY) DEPUTY CLERK

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
           Date                            Signature of Server

                                           _____
                                           Address of Server

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

WILLIE GARY, ET AL.

V.

NEW ENGLAND PATRIOTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-1002

TO: New England Patriots
Serve: Robert Craft
One Patriot Place
Foxborough, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Young
915 St. Louis Street
New Orleans, LA 70112
(504) 581-2200

an answer to the amended complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK

(BY) DEPUTY CLERK

## RETURN OF SERVICE

DATE

Service of the Summons and Complaint was made by me [1]

Name of SERVER (PRINT)                    TITLE

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                    Signature of Server

                                     _____
                                     Address of Server

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

WILLIE GARY, ET AL.    **SUMMONS IN A CIVIL CASE**

V.    CASE NUMBER: 08-1002

NEW ENGLAND PATRIOTS

TO: BILL BELICHICK
116 MEADOWBROOK nt)
ROAD
WESTON, MA 02493

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Young
915 St. Louis Street
New Orleans, LA 70112
(504) 581-2200

an answer to the amended complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| | |

(BY) DEPUTY CLERK

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☐   Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                                   Signature of Server

                                              _____
                                              Address of Server