UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE GARY, et al. | CASE NO.: 08-1002 |
| V. | JUDGE |
| NEW ENGLAND PATRIOTS, et al. | MOTION TO ADMIT PRO HAC VICE |

John L. Young, counsel of record for plaintiffs, hereby moves this Honorable Court for entry of the Order tendered herewith, admitting Hugh K. Campbell to appear *pro hac vice* in these proceedings as co-counsel for plaintiffs. As evidenced in the attached Declaration, Hugh K. Campbell is an attorney admitted and in good standing in the states of Ohio, Kentucky, the Eastern District of Kentucky, the Sixth Circuit of the United States, and consents to be subject to the jurisdiction and rules of this District governing professional conduct.

Respectfully submitted,

JOHN L. YOUNG (#2199)
915 St. Louis Street
New Orleans, LA 70112
(504) 581-2200
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record, via U.S. Mail, postage prepaid, on this ___4___ day of ___March___, 2008.

_____
JOHN L. YOUNG