UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE GARY, et al.** | **CASE NO.: 08-1002** |
| **V.** | **JUDGE** |
| **NEW ENGLAND PATRIOTS, et al.** | **ORDER TO ADMIT PRO HAC VICE** |

Motion having been made with relevant Affidavit having been filed,

IT HEREBY IS ORDERED AND ADJUDGED that Hugh K. Campbell may be admitted Pro Hac Vice to appear in this matter acting as co-counsel with John L. Young.

Entered this ___ day of _____, 2008.

_____
Judge, United States District Court