UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE GARY, et al.** | **CASE NO.: 08-1002** |
| V. | JUDGE |
| NEW ENGLAND PATRIOTS, et al. | **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE** |

I, Hugh K. Campbell declare:

1. I am an attorney admitted and in good standing in the states of Ohio, (admitted 5/7/84), Kentucky (admitted 11/18/83), the Eastern District of Kentucky, the Sixth Circuit of the United States, (admitted 6/26/84), and consents to be subject to the jurisdiction and rules of this District governing professional conduct. I am the sole shareholder with the law firm, Hugh K. Campbell, P.S.C., incorporated in the Commonwealth of Kentucky, with a registered office located at 716 Timberline Drive, Villa Hills, Kentucky 41017 and an office at 2011 Madison Road, Cincinnati, Ohio 45208.

2. I consent to be subject to the jurisdiction and rules of the United States District Court for the Eastern District of Louisiana, governing professional conduct.

3. This declaration is made in support of the Motion to Admit Pro Hac vice to practice before United States District Court for the Eastern District of Louisiana.

I declare under penalty of perjury that the above formal declaration is true to the best of my knowledge this 15th day of February, 2008.

**NOTARY** _____

STATE OF KENTUCKY )
                  ) ss:
COUNTY OF KENTON  )

**SUBSCRIBED, SWORN TO AND ACKNOWLEDGED** before me, a Notary Public, by **HUGH K. CAMPBELL** on this 15th day of February, 2008.

_____
Notary Public
My commission expires: 9/6/2010