## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**WILLIE GARY, et al.**                                   **CASE NO.: 08-1002**

**V.**                                                    **JUDGE**

**NEW ENGLAND PATRIOTS, et al.**

### O R D E R

    IT IS ORDERED that this matter is dismissed without prejudice pursuant to

Federal Rules of Procedure 41.

    New Orleans, Louisiana, this ____day of _____, 2008.

_____
J U D G E

Dockets.Justia.com