UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WILLIE GARY, et al.　　　　　　　　　　　　CASE NO.: 08-1002

V.　　　　　　　　　　　　　　　　　　　　JUDGE

NEW ENGLAND PATRIOTS, et al.

### O R D E R

IT IS ORDERED that this matter is dismissed without prejudice pursuant to Federal Rules of Procedure 41.

New Orleans, Louisiana, this 13th day of _____March_____, 2008.

_____
United States District Judge